1  KAMALA D. HARRIS
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  ROHIT KODICAL
   Deputy Attorney General
4  State Bar No. 215497
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2226
    Facsimile:  (510) 622-2121
7   E-mail: Rohit.Kodical@doj.ca.gov
   *Attorneys for Defendants Michael C. Sayre, M.D.;*
8  *D. Jacobsen, M.D.; N. Ikegbu, M.D.; D. Venes, M.D.;*
   *Nancy Adam, M.D.; Maureen Mclean; R.L. Strawn, RN*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY M. TORRES,<br><br>                                     Plaintiff,<br><br>    v.<br><br>MICHAEL C, SAYRE, M.D., "CMO", et al.,<br><br>                                     Defendants. | Case No. 5:14-CV-05136-BLF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME<br><br>Judge:          The Hon. Beth Labson Freeman<br>Trial Date:    Not set<br>Action Filed:  November 20, 2014 |

For good cause shown, the time for Defendants to file and serve a motion for summary judgment is hereby extended to Friday, August 21, 2015.  The time for filing an opposition brief (28 days after the motion is filed) and a reply brief (14 days after the opposition is filed) remain as scheduled in the court's order dated March 10, 2015.

IT IS SO ORDERED.

Dated:  August 7, 2015

_____
The Honorable Beth Labson Freeman
United States District Court Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME (5:14-CV-05136-BLF)